FILED
2007 Nov-28 PM 01:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **DARRELL WILSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Civil Action No.  CV 07-S-1125-S |
| ) | |
| **CHIEF G. B. BLAYLOCK, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on November 1, 2007, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b).  The plaintiff filed objections to the report and recommendation on November 15, 2007.(Doc. No. 27)

In addition to reiterating his original claims, plaintiff states in his objections to the report and recommendation, that the court used the word robbery when it should have used burglary and states that the officer he identified as Officer Jeff Hughes, was actually Officer Jeff Webb.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be, and it hereby is, ADOPTED, and the recommendation is ACCEPTED.  Accordingly, the complaint is

due to be dismissed pursuant to 28 U.S.C. § 1915A(b).  A Final Judgment will be entered.

DONE this 28th day of November, 2007.

_____
United States District Judge